AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of __Colorado__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For a Petty Offense) — Short Form |
| JENNIE U. MANGOLD | CASE NUMBER: 07-po-00002-GJR |
| | USM NUMBER: |
| | Pro se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  ONE

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 36 CFR 4.2 and CRS 42-4-1402 | CARELESS DRIVING INVOLVING BODILY INJURY | 11/1/2006 | ONE |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
| --- | --- | --- |
| Total: | $ 10.00 | $ 200.00 |

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address: _____

Defendant's Mailing Address: _____

3/6/2007
Date of Imposition of Judgment

/s/ Gudrun Rice
Signature of Judge

GUDRUN RICE     US Magistrate Judge
Name of Judge     Title of Judge

March 8, 2007
Date